**Roberto CHAIDEZ, Plaintiff–Appellant,**

v.

**Lauren J. WEIL; Pregerson, U.S. Circuit Judge; Wiggins, U.S. Circuit Judge; Brunetti, U.S. Circuit Judge, Defendants–Appellees.**

No. 99–17012.

D.C. No. CV–99–0642–WBS/JFM.

United States Court of Appeals, Ninth Circuit.

Submitted Feb. 12, 2001.[1]

Decided Feb. 21, 2001.

Before LEAVY, THOMAS, and RAWLINSON, Circuit Judges.

MEMORANDUM [2]

Roberto Chaidez, a California state prisoner, appeals pro se the district court's judgment dismissing his 42 U.S.C. § 1983 action as frivolous. We have jurisdiction pursuant to 28 U.S.C. § 1291. We review for an abuse of discretion, *see Denton v. Hernandez,* 504 U.S. 25, 33, 112 S.Ct. 1728, 118 L.Ed.2d 340 (1992), and we affirm.

 Because judges are absolutely immune from section 1983 liability, *see Ashelman v. Pope,* 793 F.2d 1072, 1075 (9th Cir.1986) (en banc), and the public defender was not acting under color of state law within the meaning of section 1983, *see Polk County v. Dodson,* 454 U.S. 312, 325, 102 S.Ct. 445, 70 L.Ed.2d 509 (1981), the district court properly dismissed Chaidez's action.

AFFIRMED.

---

1. The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

2. This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by 9th Cir. R. 36–3.